ROLAND H. KEDIKIAN, ESQ. (193164)
LAW OFFICES OF ROLAND H. KEDIKIAN
220 S. Kenwood St. Ste 310
Glendale CA 91205
Telephone: (818)409-8911
Fax: (818)671-3207
Email: roland@kedikian.com

Attorney for Debtors
Rafik Bazikian & Anjel Termadovian

**FILED & ENTERED**

MAR 16 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re: <br><br> Rafik Bazikian & Anjel Termadovian <br><br> Debtors <br><br> Sevan Gorginian, <br><br> Plaintiff <br><br> v. <br><br> Rafik Bazikian & Anjel Termadovian, <br><br> Defendants | Case # 2:21-bk-18422-BB <br><br> Chapter 7 <br><br> AP No.: 2:22-ap-01032-BB <br><br> **ORDER GRANTING MOTION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 12(B)(6), FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** <br><br> DATE: March 15, 2022 <br> TIME: 2:00 PM <br> COURTROOM: 1539 <br> 255 East Temple Street, Los Angeles, CA 90012, Courtroom 1539, 15th Floor <br> /Via Zoom |

At the above referenced date and time, this Court held a hearing on the Defendants' motion to dismiss under Federal Rules of Civil Procedure Rule 12(B)(6) Failure to State a Claim Upon Which Relief Can Be Granted. (dkt 4). Based on the documents filed and arguments of counsels, and as stated in the court's tentative ruling and on the record,

////

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that:

1. The Motion under Federal Rules of Civil Procedure Rule 12(B)(6), Failure to State a Claim Upon Which Relief Can Be Granted, Docket # 4, is **GRANTED** with leave to amend.

2. Plaintiff shall file and serve first amended complaint by **April 15, 2022.**

3. Defendant shall file and serve responsive pleading by **May 6, 2022.**

4. **Status conference hearing currently set for April 4, 2022 at 2:00 PM is re-scheduled to May 31 at 2:00 PM.**

###

Date: March 16, 2022

Sheri Bluebond
United States Bankruptcy Judge

**ORDER GRANTING MOTION**