ROLAND H. KEDIKIAN, ESQ. (193164)
LAW OFFICES OF ROLAND H. KEDIKIAN
220 S. Kenwood St. Ste 310
Glendale CA 91205
Telephone: (818)409-8911
Fax: (818)671-3207
Email: roland@kedikian.com

Attorney for Debtors
Rafik Bazikian & Anjel Termadovian

**FILED & ENTERED**

**JUN 07 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** evangeli **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Rafik Bazikian & Anjel Termadovian<br><br> Debtors<br><br>Sevan Gorginian<br><br>Plaintiff<br><br>v.<br><br>Rafik Bazikian & Anjel Termadovian<br><br>Defendants | Case # 2:21-bk-18422-BB<br><br>Chapter 7<br><br>AP No.: 2:22-ap-01032-BB<br><br>**ORDER GRANTING MOTION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 12(B)(6), FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>DATE: May 31, 2022<br>TIME:  2:00 PM<br>COURTROOM: 1539<br>255 East Temple Street, Los Angeles, CA 90012, Courtroom 1539, 15th Floor |

At the above referenced date and time, this Court held a hearing on Defendants' motion to dismiss under Federal Rules of Civil Procedure Rule 12(B)(6) Failure to State a Claim Upon Which Relief Can Be Granted to Plaintiff's 1st Amended Complaint ("Motion") (Docket No.10). Based on the documents filed and arguments of counsels, for the reasons set forth on the record at the time of hearing on the Motion, and other good cause appearing therefor,

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED without leave to amend.

2. The Case is dismissed.

3. The Court retains jurisdiction for the statutory period permitted for defendant to bring a motion for attorney's fees.

###

Date: June 7, 2022

Sheri Bluebond
United States Bankruptcy Judge

**ORDER GRANTING MOTION**